# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0043

VERSUS

LEON CURRY, III

**FEBRUARY 24, 2025**

---

In Re:     State of Louisiana, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-22-03865.

---

**BEFORE: McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**WRIT DENIED.**

                         PMc
                         WIL
                         KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
         FOR THE COURT